RECEIVED
IN MONROE, LA
DEC 29 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| PAUL JACKSON,<br>  Petitioner | CIVIL ACTION<br>SECTION "P"<br>NUMBER CV03-1362-M |
| VERSUS | |
| BURL CAIN, WARDEN,<br>  Respondent | JUDGE ROBERT G. JAMES<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Jackson's Section 2254 petition for writ of habeas corpus is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 28 day of December, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE